**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Eric Jerome REESE, Jr., Defendant–**
**Appellant.**

**No. 10–12673**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Feb. 23, 2011.

Jason R. Coody, Thomas F. Kirwin, U.S. Attorney's Office, Tallahassee, FL, Pamela

A. Moine, Lennard B. Register, III, U.S. Attorney's Office, Pensacola, FL, for Plaintiff–Appellee.

Richard A. Greenberg, Rumberger Kirk & Caldwell PA, Tallahassee, FL, for Defendant–Appellant.

Before HULL, MARCUS and MARTIN, Circuit Judges.

PER CURIAM:

Richard A. Greenberg, appointed counsel for Eric Jerome Reese, Jr. in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Reese's convictions and sentences are **AFFIRMED.**